**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
Michael D. Singer (SBN 115301)
J. Jason Hill (SBN 179630)
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000
tcohelan@ckslaw.com
msinger@ckslaw.com
jhill@ckslaw.com

Attorneys for Plaintiff KEVIN KRATZKE
on behalf of himself and all others similarly situated

**KEESAL, YOUNG & LOGAN**
**A Professional Corporation**
Ben Suter (SBN 107680)
Cara L. Finan (SBN 173887)
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136
ben.suter@kyl.com
cara.finan@kyl.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| KEVIN KRATZKE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, and DOES 1-50, inclusive,<br><br>    Defendants. | **CASE NO. CV12-2094 PJH**<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AS TO INDIVIDUAL ALLEGATIONS AND WITHOUT PREJUDICE AS TO CLASS ACTION ALLEGATIONS**<br><br>Complaint filed:    April 26, 2012<br>Trial date:             None set |

Pursuant to the Parties' Stipulation for Dismissal, and for good cause shown, the Court orders as follows:

1. The individual claims of Plaintiff KEVIN KRATZKE against Defendant shall be dismissed in their entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2).

2. The class action claims against Defendant shall be dismissed in their entirety without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2).

3. Each party to bear his/its own cost and fees.

IT IS SO ORDERED.

DATED: <u>December 6</u>, 2012



HON. _____ HAMILTON
United States _____