**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
Michael D. Singer (SBN 115301)
J. Jason Hill (SBN 179630)
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000
tcohelan@ckslaw.com
msinger@ckslaw.com
jhill@ckslaw.com

Attorneys for Plaintiff KEVIN KRATZKE
on behalf of himself and all others similarly situated

**KEESAL, YOUNG & LOGAN**
**A Professional Corporation**
Ben Suter (SBN 107680)
Cara L. Finan (SBN 173887)
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136
ben.suter@kyl.com
cara.finan@kyl.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| KEVIN KRATZKE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. CV12-2094 PJH <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AS TO INDIVIDUAL ALLEGATIONS AND WITHOUT PREJUDICE AS TO CLASS ACTION ALLEGATIONS** <br><br> Complaint filed:     April 26, 2012 <br> Trial date:              None set |

1  Pursuant to the Parties' Stipulation for Dismissal, and for good cause shown, the Court orders
2  as follows:
3  1. The individual claims of Plaintiff KEVIN KRATZKE against Defendant shall be
4  dismissed in their entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and
5  (2).
6  2. The class action claims against Defendant shall be dismissed in their entirety without
7  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2).
8  3. Each party to bear his/its own cost and fees.

IT IS SO ORDERED.

DATED: <u>December 6</u>, 2012



_____
HON. PHYLLIS J. HAMILTON
United States District Judge